Michael J. JACKSON,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

NO. ED 104047

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: November 8, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
December 15, 2016

Michael J. Jackson, Cameron, Missouri, pro se.

Daniel N. McPherson Jefferson City, Missouri.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

Michael Jackson appeals the circuit court's judgment denying his motion seeking an inquiry into abandonment by counsel and re-opening of Rule 29.15 post-con-

viction proceedings. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).